David M. Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
Telephone: (714) 966-1000

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:21-bk-16951-SK |
| NIKKO HALLER | **NOTICE OF (1) CONDUCTING OF §341(a) MEETING OF CREDITORS BY ZOOM; AND (2) DOCUMENTS REQUIRED TO BE SUBMITTED TO TRUSTEE 7 DAYS BEFORE §341(a) MEETING OF CREDITORS** |
| Debtor(s). | |
| | Date:   September 28, 2021 Time   10:00 a.m. Place:  Zoom Meeting |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE FURTHER NOTICE** the §341(a) meeting of creditors (referred to herein as "§341(a) meeting") will be conducted **BY ZOOM**.

**PLEASE TAKE FURTHER NOTICE THAT** prior to the meeting, you should install the Zoom application on your electronic device.  If you are having issues with Zoom or questions regarding the meeting, please contact the Trustee's administrator at lrobles@wgllp.com.

**PLEASE TAKE FURTHER NOTICE THAT** to join the Zoom meeting, parties should use the following url link, meeting ID, passcode and, if joining by telephone, the following telephone number(s):

https://us02web.zoom.us/j/88618634756?pwd=WUJlUVdZbEJNbVhjZjNsZzZnSHRvQT09

Meeting ID: 886 1863 4756
Passcode: 364498

**Dial by your location**
  +1 669 900 6833 US (San Jose)
  +1 253 215 8782 US (Tacoma)
  +1 346 248 7799 US (Houston)
  +1 312 626 6799 US (Chicago)
  +1 929 205 6099 US (New York)
  +1 301 715 8592 US (Washington DC)

Meeting ID: 886 1863 4756
Passcode: 364498

Find your local number: https://us02web.zoom.us/u/kcG51p4ZwE

**PLEASE TAKE FURTHER NOTICE THAT** the following documents must be sent to the Trustee's office at least seven (7) days prior to the §341(a) meeting.   The preferred method for producing documents is through the Stretto portal system: https://documentportal.stretto.com. Documents will be accepted by email or regular mail, provided they are timely received.  If documents are not received timely, the §341(a) meeting may be continued.

- The Debtor's most recently filed tax return, any bank statement(s) for each bank deposit account for the three-month period preceding the bankruptcy filing, any mortgage statements for any property the Debtor holds an interest in, if applicable, and proof of insurance for all personal and real property; and

- Color copies of a government issued identification card (i.e., driver's license) and a government or employer issued document evidencing the Debtor's entire social security number (social security card, medicare card, W2 or 1099); and

- Completed questionnaire. The questionnaire has sent to your attorney.  If you are representing yourself, the questionnaire has been sent to you; and

- Completed domestic support questionnaire, if child support or alimony support has

2

been ordered by a court to be paid by the Debtor, even if payments are current.  If this applies to you, please contact the Trustee's office to obtain a copy of the domestic support questionnaire; and

- Completed attorney declaration regarding debtor's identification.

- If you are a business debtor, copies of profit and loss statements and balance sheets for 2018, 2019 and 2020 (year-to-date)

DATED: September 8, 2021                    /s/ David M. Goodrich
                                           David M. Goodrich
                                           Chapter 7 Trustee

<u>PROOF OF SERVICE OF DOCUMENT</u>

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 600, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify):* **NOTICE OF (1) CONDUCTING OF §341(a) MEETING OF CREDITORS BY ZOOM; AND (2) DOCUMENTS REQUIRED TO BE SUBMITTED TO TRUSTEE 7 DAYS BEFORE §341(a) MEETING OF CREDITORS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 8, 2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- William Boon     Wboon@wboonlaw.com

- David M Goodrich (TR)     dgoodrich@wgllp.com, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com

- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

2. <u>SERVED BY UNITED STATES MAIL</u>:
On September 8, 2021,  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Nikko Haller
13606 Earlham Dr., #6
Whitter, CA 90602

3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 8, 2021 | Lorraine L. Robles | */s/ Lorraine L. Robles* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4