Certificate Number: 14912-CAC-DE-035978995

Bankruptcy Case Number: 21-16951



14912-CAC-DE-035978995

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2021, at 3:48 o'clock PM EDT, Nikko Haller completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   September 9, 2021                By:     /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor